## No. 17,246.

MacGregor *v*. The People for the Use and Benefit of the Town of Estes Park.
(271 P. [2d] 418)

Decided June 7, 1954.   Rehearing denied June 28, 1954.

Per Curiam.

Judgment affirmed en banc without written opinion.

Victoria F. Gross, for plaintiff in error.

Messrs. Chilson & McCreary, for defendant in error.